**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT WILK, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )    2:15-cv-01429-JCM-CWH<br>) |
| DWIGHT NEVEN et al., | )    **ORDER**<br>) |
| Defendants. | )<br>) |
| _____ | ) |

**I.   DISCUSSION**

The 90-day stay has expired in this case. (*See* ECF No. 23). Defendants have not filed a status report with this Court. Defendants shall file their status report on or before Wednesday, November 9, 2016.

**II.   CONCLUSION**

For the foregoing reasons, Defendants shall file their status report on or before Wednesday, November 9, 2016.

DATED: This __3rd__ day of November, 2016.

_____
United States Magistrate Judge