# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT WILK, | Case No. 2:15-cv-01429-JCM-CWH |
| Plaintiff, | |
| v. | |
| DWIGHT NEVEN, | **ORDER** |
| Defendant. | |

Presently before the Court is pro se Plaintiff Robert Wilk's discovery document (ECF No. 41), filed on March 1, 2017. Defendant has not filed a response. The document is styled as a motion to the Court, but is actually a request for discovery from Defendant to disclose the names of certain persons.

Under Local Rule 26-8, unless the court orders otherwise, written discovery, including discovery requests, discovery responses, deposition notices, and deposition transcripts, must not be filed with the court. There has been no such order in this case.

IT IS THEREFORE ORDERED that the Clerk shall STRIKE Plaintiff's discovery document (ECF No. 41).

DATED: March 3, 2017.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge