UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT WILK,<br><br>    Plaintiff,<br><br>    v.<br><br>D. NEVEN, et al,<br><br>    Defendants. | Case No. 2:15-cv-01429-JCM-CWH<br><br>**ORDER** |

Presently before the Court are pro se Plaintiff Robert Wilk's motions for an expedited trial (ECF No. 45) and for trial by magistrate (ECF No. 47), filed on March 16, 2017. Defendants filed a response to both motions (ECF No. 50) on March 28, 2017. Plaintiff filed a reply (ECF No. 53) on March 31, 2017.

Plaintiff requests that this case be placed in the Short Trial Program, and be tried by a magistrate judge. The parties were notified of these options by the Court (ECF No. 38). However participation in the Short Trial Program, and trial by magistrate both require the consent of all parties. *See* D. Nev. Short Trial Rule 4(a); and 28 U.S.C. § 636(c)(1). Defendant does not consent to either option at this time. Therefore, Plaintiff's motions will be denied without prejudice. Should the parties agree to either of the above options at a later date, they may then jointly file a request with the Court.

IT IS THEREFORE ORDERED that Plaintiff's motions for an expedited trial (ECF No. 45) and motion for trial by a magistrate judge (ECF No. 47) are DENIED without prejudice.

DATED: April 3, 2017.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1