**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT WILK, | Case No. 2:15-cv-01429-JCM-CWH |
| Plaintiff, | |
| v. | |
| DWIGHT NEVEN, et al, | **ORDER** |
| Defendants. | |

Upon review of the docket, Plaintiff's filing labeled "motion for production of documents" (ECF No. 62) is a duplicate of previous filings. Page one of this filing appears to be a photocopy of the first page of Plaintiff's previous motion for production of documents (ECF No. 56). Page two of this filing appears to be a photocopy of the second page of Plaintiff's renewed motion for summary judgment (ECF No. 57). As the instant filing appears to have been filed mistakenly, the Court will not consider it as a motion.

IT IS THEREFORE ORDERED that the Clerk terminate ECF No. 62, and note on the docket that it was a misfiled document.

DATED: May 18, 2017.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1