**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT WILK, | Case No. 2:15-cv-01429-JCM-CWH |
| Plaintiff, | |
| v. | |
| DWIGHT NEVEN, et al, | **ORDER** |
| Defendants. | |

Presently before the Court is Defendants' motion to strike (ECF No. 61), filed on April 28, 2017. Plaintiff did not file a response.

Defendants move to strike Plaintiff's renewed motion for summary judgment (ECF No. 57), arguing that it is a successive motion and duplicative of Plaintiff's first motion for summary judgment (ECF No. 46). The Ninth Circuit has held that "allowing a party to file a second motion for summary judgment is logical, and it fosters the just, speedy, and inexpensive resolution of suits." *Hoffman v. Tonnemacher*, 593 F.3d 908, 911 (9 th Cir. 2010) (internal quotation marks omitted). However, as Defendants note, courts "retain discretion to weed out frivolous or simply repetitive motions." *Id.*

Defendants also argue that the Court should strike Plaintiff's motion because the scheduling order in this case (ECF No. 40) does not allow for successive motions, and Plaintiff did not seek leave of the Court to file one. While it is true that the scheduling order does not explicitly provide for successive motions for summary judgment, it does not preclude them either. The only limitation the scheduling order places on motions for summary judgment is that they be filed no later than 30 days after the close of discovery on June 10, 2017. Plaintiff's motion is therefore timely and does not violate any terms of the scheduling order.

Further, while Plaintiff's renewed motion for summary judgment does repeat some arguments from the previous motion, it also contains arguments and exhibits not previously included. The

Court finds that the motion is neither duplicative nor frivolous. Therefore, the Court will consider both of Plaintiff's motions for summary judgment.

IT IS THEREFORE ORDERED that Defendant's motion to strike (ECF No. 61) is DENIED.

DATED: May 18, 2017.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge