|   |   |   |
|---|---|---|
| | **UNITED STATES DISTRICT COURT** | |
| | **DISTRICT OF NEVADA** | |

ROBERT WILK,  )  Case No. 2:15-cv-01429-JCM-CWH
        Plaintiff,  )
   v.  )
DWIGHT NEVEN,  )  **ORDER**
        Defendant.  )
_____  )

Presently before the Court is Plaintiff Robert Wilk's motion to compel (ECF No. 65), filed on May 16, 2017. Defendant has not filed a response.

Plaintiff moves the Court to compel Defendant to respond to his discovery requests. Plaintiff provides an attachment which consists of thirty pages of Defendant's responses to Plaintiff's interrogatories and requests for admission. Upon review, it appears that Defendant has responded to each of Plaintiff's inquiries, although some responses are merely objections. However, Plaintiff generally asserts that the responses are inadequate and that Defendant is "evading answering and causing delay." Mot. at 1.

Under Federal Rule of Civil Procedure 37(a)(3)(B)(i), a party seeking discovery may move for an order to compel disclosure or discovery if the opposing party fails to provide required disclosures. However, Plaintiff has provided no explanation as to why any of Defendant's responses are inadequate. It is not clear if Plaintiff believes that any of the responses are adequate or that none are. Without further explanation or support, the Court cannot rely on Plaintiff's conclusory statement that Defendant's are "evading answering and causing delay." The Court will therefore deny the motion without prejudice. If he so chooses, and only after a good faith effort to meet and confer with Defendant, Plaintiff may refile this motion with an explanation for each disputed discovery request why he believes the given response is inadequate.

//

1

IT IS THEREFORE ORDERED that Plaintiff's motion to compel (ECF No. 65) is DENIED without prejudice.

DATED: June 8, 2017.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge