# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT WILK,

    Plaintiff,

v.

DWIGHT NEVEN, et al.,

    Defendants.

Case No. 2:15-cv-01429-JCM-CWH

**ORDER**

Presently before the Court is Plaintiff Robert Wilk's Motion for a Case Update Pertaining to Summary Judgment (ECF No. 83), filed on September 12, 2017.

Also before the court is Plaintiff's Motion for Findings and Recommendations Upon the Summary Judgment Matter Before this Court (ECF No. 84), filed on November 6, 2017.

In his motions, Plaintiff requests the status of the pending motions for summary judgment and requests that a prompt decision be made on those motions. The court grants these motions to the extent they request a status update as follows: the motions for summary judgment are pending before the United States district judge assigned to this matter, who will enter an order on the motions in due course.

IT IS THEREFORE ORDERED that Plaintiff Robert Wilk's Motion for a Case Update Pertaining to Summary Judgment (ECF No. 83) is GRANTED as stated in this order.

IT IS FURTHER ORDERED that Plaintiff's Motion for Findings and Recommendations Upon the Summary Judgment Matter Before this Court (ECF No. 84) is GRANTED as stated in this order.

DATED: November 7, 2017

_____
C.W. Hoffman, Jr.
United States Magistrate Judge